David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATIE ELASMAR,

        Plaintiff,

        v.

LOXO ONCOLOGY, INC., JOSHUA H. BILENKER, M.D., STEVE ELMS, KEITH T. FLAHERTY, M.D., AVI Z. NAIDER, LORI A. KUNKEL, M.D., ALAN FUHRMAN, TIM MAYLEBEN, and STEVE D. HARR, M.D.

        Defendants.

Civil Action No. 4:19-cv-00498-DMR

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Katie Elasmar ("Plaintiff") voluntary dismisses with prejudice the above-titled action against Defendants as moot. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DISMISSAL

DATED: February 12, 2019

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Plaintiff*